# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
July 13, 2021

Lyle W. Cayce
Clerk

No. 21-40064
Summary Calendar

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

JOSE VASQUEZ-RAMOS,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Southern District of Texas
No. 1:19-CR-282-1

Before SMITH, STEWART, and GRAVES, *Circuit Judges*.
PER CURIAM:*

The Federal Public Defender appointed to represent Jose Vasquez-Ramos has moved to withdraw and has filed a brief per *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Vasquez-Ramos has not filed a response. We have reviewed counsel's brief

---

* Pursuant to 5TH CIRCUIT RULE 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIRCUIT RULE 47.5.4.

No. 21-40064

and relevant portions of the record.

We concur with counsel's assessment that the appeal presents no non-frivolous issue for appellate review.  Accordingly, the motion to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED.  *See* 5TH CIR. R. 42.2.